IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE WALKER, | No. C 07-4283 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| B. CURRY, Warden, | |
| Respondent. | |

This case was opened in error when petitioner sent this court a copy of his brief in the United States Court of Appeals for the Ninth Circuit. Because it is clear that petitioner did not intend to open a new case, this case is **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August  30 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\WALKER283.DSM.wpd