UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEE WALKER,

        Plaintiff,

  v.

B CURRY et al,

        Defendant.
                                           /

Case Number: CV07-04283 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Walker
E-72558/FW-120U
Correctional Training Facility
PO Box 689
Soledad, CA 93960-0689

Dated: August 30, 2007

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk